UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALBERT WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>AUDREY KING, *et al.*,<br><br>    Defendants. | Case No. 1:14-cv-00063-RRB<br><br>**ORDER** |

The Court of Appeals having dismissed the interlocutory appeal filed by Plaintiff William Albert Wilson,[1] jurisdiction is re-vested in this Court. Plaintiff has through and including Friday, **March 18, 2016**, within which to file an amended complaint in accordance with the Court's August 11, 2015, Order Dismissing First Amended Complaint.[2]

**In the event Plaintiff fails to file an amended complaint within the time specified, or such later time as the Court may order, a judgment of dismissal without prejudice may be entered without further notice.**

**IT IS SO ORDERED** this 28th day of January, 2016.

                              S/ RALPH R. BEISTLINE
                              UNITED STATES DISTRICT JUDGE

---

[1] Docket 19.

[2] Docket 13.